IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 16-cv-03048-PAB

BERNARD JONES,

    Applicant,

v.

LOU ARCHULETA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    Applicant's Motion for Expansion of the Record [Docket No. 18] and Supplement to Reply to Pre-Answer Response [Docket No. 19] filed June 6, 2017 are not signed. Pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed" and "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11(a). Applicant is directed to correct this omission within twenty-one days from the date of this minute order or the documents will be stricken.

    In addition, the Court notes that Applicant indicates he previously filed a reply to Respondents' Pre-Answer Response [Docket No. 10]. Applicant is advised that no reply has been filed in this action.

    DATED June 8, 2017.