IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-03048-PAB

BERNARD JONES,

    Applicant,

v.

LOU ARCHULETA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    Applicant's Motion for Enlargement of Time [Docket No. 21] is GRANTED and the Court will consider Applicant's arguments in the Reply to Pre-Answer Response [Docket No. 24] filed June 8, 2017. Applicant's Motion to Cure Deficiencies in Supplement to Reply to Pre-Answer Response [Docket No. 22] and Applicant's Motion to Cure Deficiencies in Motion for Expansion of the Record [Docket No. 23] are DENIED. If Applicant wants the Court to consider the documents that previously were submitted without signatures, he must submit new copies of those documents that are signed.

    DATED June 9, 2017.